JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV  89118
Telephone: (702) 693-4344
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel or Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| AMANDA HAWKINS-ERWIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL<br>BANK, EXPERIAN INFORMATION<br>SOLUTIONS, INC., and TRANS UNION,<br>LLC,<br><br>                    Defendants. | Case No. 2:16-cv-02328-JAD-CWH<br><br>**ORDER EXTENDING TRANS UNION<br>LLC'S TIME TO RESPOND TO<br>PLAINTIFF'S COMPLAINT** |

THIS MATTER is before the Court on Plaintiff Amanda Hawkins-Erwin and Defendant Trans Union's Joint Stipulation Extending Trans Union LLC's Time Respond to Plaintiff's Complaint.

THE COURT has considered the stipulation, and it is:

ORDERED AND ADJUDGED that the Stipulation is GRANTED.  Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint no later than November 18, 2016.

DATED this  October 31, 2016

_____
**HONORABLE CARL W. HOFFMAN**
UNITED STATES MAGISTRATE JUDGE