Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA HAWKINS-ERWIN, an individual; | Case No.: 2:16-cv-02328-JAD-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |
| DEPARTMENT STORES NATIONAL BANK, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; | |
| Defendants. | |

Plaintiff, Amanda Hawkins-Erwin ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

*Law Office of Kevin L. Hernandez*
*9555 S. Eastern Avenue Suite 220A*
*Las Vegas, Nevada 89123*
*(702) 563-4450 FAX: (702) 552-0408*

1    Therefore, the Parties, by and through their respective attorneys of record, and subject to

2 the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

3 under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own

4 attorneys' fees and costs incurred in this action.

5 Respectfully Submitted.

6 Dated: December 27, 2016                          Dated: December 27, 2016

7
**LAW OFFICE OF**                                 **LEWIS BRISBOIS BISGAARD**
8 **KEVIN L. HERNANDEZ**                           **& SMITH LLP**

9 */s/ Kevin L. Hernandez*                         */s/ Jason G. Revzin*                      .
Kevin L. Hernandez, Esq.                           Jason G. Revzin, Esq.
10 Nevada Bar No. 12594                             Nevada Bar No. 8629
9555 S. Eastern Avenue, Suite 220A                 6385 S. Rainbow Boulevard, Suite 600
11 Las Vegas, Nevada 89123                          Las Vegas, Nevada 89118
kevin@kevinhernandezlaw.com                        jason.revzin@lewisbrisbois.com
12 *Attorney for Plaintiff*                         *Attorney for Defendant Trans Union LLC*

13 Dated: December 27, 2016

14
**MAUPIN•NAYLOR•BRASTER**
15
*/s/ Jennifer L. Braster*                 .
16 Jennifer L. Braster, Esq.
Nevada Bar No. 9982
17 1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
18 jbraster@naylorandbrasterlaw.com
*Attorney for Defendant Experian*
19 *Information Solutions, Inc.*

20       **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION**
**LLC**
21    Pursuant to the stipulation of the Parties under FRCP 41(a), all claims against

22 Trans Union are dismissed with prejudice, and the parties will bear their own attorneys' fees

23 and costs incurred in this action.

24
**IT IS SO ORDERED:**
25
_____
26 UNITED STATES DISTRICT JUDGE

27 DATED: _____January 4, 2017_____

28