Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA HAWKINS-ERWIN, an individual; | Case No.: 2:16-cv-02328-JAD-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT DEPARTMENT STORES NATIONAL BANK WITH PREJUDICE** |
| DEPARTMENT STORES NATIONAL BANK, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; | ECF No. 21 |
| Defendants. | |

Plaintiff, Amanda Hawkins-Erwin ("Plaintiff"), and Defendant, Department Stores National Bank ("DSNB") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to DSNB, with Plaintiff and DSNB bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 17, 2017

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 17, 2017

**MAUPIN•NAYLOR•BRASTER**

*/s/ Jennifer L. Braster*               .
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

Dated: January 17, 2017

**WEALTH MANAGEMENT**
**LAW GROUP, LTD.**

*/s/ Larissa Drohobyczer*          .
Larissa Drohobyczer, Esq.
Nevada Bar No. 12316
2810 S. Jones Boulevard, Suite 3
Las Vegas, Nevada 89146
attorney@wealthmlg.com
*Attorneys for Defendant Department Stores*
*National Bank*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DEPARTMENT STORES NATIONAL BANK

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant Department Stores National Bank are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
Jennifer Dorsey   1/18/17
U.S. District Judge

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408